E-Filing

**FILED**

DEC 19 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mark E. Ellis - 127159
June D. Koper - 191890
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 565-0300
Facsimile: (916) 565-1636

Attorneys for Defendant
PROGRESSIVE FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CAROL P. GUEVARRA, Individually and on behalf of all others similarly situated

Plaintiff,

v.

PROGRESSIVE FINANCIAL SERVICES, INC.,

Defendants.

Case No.: C 05 3466-JCS VRW

JOINT STIPULATION AND [PROPOSED] ORDER STAYING MATTER PENDING RULING BY NINTH CIRCUIT

Plaintiff CAROL P. GUEVARRA and Defendant PROGRESSIVE FINANCIAL SERVICES, INC., through their respective counsel of record in this matter, and pursuant to Civ. L.R. 6-1, 6-2, and 16-2(d), (e), hereby stipulate to and request that the Court issue an order granting a stay of this case pending a ruling by the Ninth Circuit on the interlocutory appeal in the case of **Camacho v. Bridgeport Financial**, case no. C04 0478 CRB, venued in the United States District Court for the Northern District of California.

The sole issue in the pending **Guevarra** case is whether defendant complied with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692g(a)(3), when the defendant wrote to plaintiff and stated: "Unless you notify this office **in writing** within 30 days after receiving this notice ... ."[1] (Complaint, ¶¶ 9-10, 12.) Plaintiff contends that the statement should read: "Unless you notify this office within 30 days after receiving this notice ... ."

---

[1] Plaintiff also alleges that the failure to comply with section 1692g(a)(3) constitutes a violation of 15 U.S.C. § 1692e. (Complaint, ¶¶ 11, 13.)

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER STAYING MATTER PENDING RULING BY NINTH CIRCUIT

1     This very issue is before the Ninth Circuit in the <u>Camacho v. Bridgeport</u> case, Ninth Circuit Court of Appeals case no. CIVIL 04-17126. At the district court level, Judge Breyer certified this issue for immediate interlocutory appeal, in part because there was a split of authority. (<u>Camacho v. Bridgeport</u>, case no. 04-478, slip op. (N.D. Cal. July 16, 2004) (case stayed pending ruling from the Ninth Circuit).) The Ninth Circuit granted the petition for an immediate interlocutory appeal, and the parties have fully briefed the issues. Oral argument before the Ninth Circuit was heard on November 18, 2005.

    In light of the pending <u>Camacho</u> appeal which will be dispositive of the critical issue of statutory interpretation in this case, the parties seek to stay this case as the parties did in the <u>Camacho</u> case pending a ruling from the Ninth Circuit. Good cause exists to stay this matter pending a ruling from the Ninth Circuit in light of the expense to be incurred to litigating this matter under the current state of jurisprudence on this issue, and in light of the possibility that the Ninth Circuit may issue an opinion that would be dispositive of this case.

    Pursuant to this stipulation, the parties respectfully and jointly request that the Court issue an order staying the above captioned matter in its entirety until such time as the Ninth Circuit issues its ruling on the pending appeal in the <u>Camacho v. Bridgeport</u> matter.

Dated: 12/12/05      By: _/s/ June D. Koper_
June D. Koper
Attorneys for Defendant
PROGRESSIVE FINANCIAL SERVICES, INC

Dated: 12-12-05      By: _/s/ Irving Berg_
Irving Berg
Attorneys for Plaintiff
CAROL P. GUEVARRA

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 | Dated: 19 DEC 2005        /s/ VRW

Honorable Judge, U.S. District Court
Northern District of California

7 | JDK.10298488.doc

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER STAYING MATTER PENDING RULING BY NINTH CIRCUIT