Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

O. Randolph Bragg
Craig M. Shapiro
HORWITZ, HORWITZ & ASSOC.
25 E. Washington St., Suite 900
Chicago, IL 60602
(312) 372-8822
(312) 372-1673 (FAX)
rand@horwitzlaw.com (e-mail)

ATTORNEYS FOR PLAINTIFF

**IT IS SO ORDERED**
*Judge Vaughn R Walker*
8/1/2007

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL P. GUEVARRA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PROGRESSIVE FINANCIAL SERVICES, INC. and CHRISTOPHER HALE, <br><br> Defendants. | Case No.: C 05-3466 VRW <br><br> **NOTICE OF DISMISSAL PURSUANT TO RULE 41(A)(1)** |

The parties hereto stipulate to dismiss this action with prejudice as to Plaintiff, Carol P. Guevarra.

Dated: 5-5-07

By: /s/
Irving L. Berg
THE BERG LAW GROUP
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOC.
Attorneys for Plaintiff

Dated: 5-17-07

By: /s/
June Coleman, Esq.
ELLIS, COLEMAN, POIRIER, LAVOIE & STEINHEIMER
Attorneys for Defendants